IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ARCTIC CAT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> POLARIS INDUSTRIES, INC. <br><br> Defendant. | Civil Action No.: 02-4139 (JMR/RLE) <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned attorneys, hereby stipulate that Arctic Cat's complaint in this action shall be dismissed with prejudice and that Polaris' counterclaims shall be dismissed without prejudice and without costs to any party.

Date: January 22, 2004

By: _[signature]_

Daniel J. Maertens (#188311)
Darren B Schwiebert (#260642)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

ATTORNEYS FOR DEFENDANT
POLARIS INDUSTRIES INC.

Date: January 22, 2004

By: _[signature]_

Douglas J. Williams (#117353)
Jeffer Ali (#247947)
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
ARCTIC CAT, INC.

JAN 2 3 2004
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED JAN 2 3 2004
DEPUTY CLERK'S INITIALS_____

## ORDER

The parties having signed the foregoing Stipulation, it is hereby ordered that the complaint in this action shall be dismissed with prejudice and that Polaris' counterclaims shall be dismissed without prejudice and without any award of costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 23rd, 2004.

BY THE COURT

_____
The Honorable James M. Rosenbaum
United States District Court Judge

#2892991/1