AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Arctic Cat, Inc.

V.

Polaris Industries, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-cv-4139 JMR/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The complaint in this action shall be dismissed with prejudice and that Polaris' counterclaims shall be dismissed without prejudice and without any award of costs.

| January 23, 2004 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | (By) Jackie Mehl, Deputy Clerk |

Modified:03/10/03